UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMANTHA D. LLOYD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendants. | CASE NO. 3:17-CV-05815-DWC<br><br>ORDER TO SHOW CAUSE |

Plaintiff Samantha D. Lloyd filed the Complaint on October 13, 2017. Dkt. 4. The time for serving the summonses and Complaint expired on January 11, 2018, 90 days after the Complaint was filed, and no proof of service has been filed. *See* Fed. R. Civ. P. 4(l), 4(m). Further, no Defendant has entered an appearance in this case. Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to timely serve. *See id*. at 4(m). Plaintiff must show cause on or before January 26, 2018.

Dated this 12th day of January, 2018.

　　　　　　　　　　　　　　　　　　　/s/ David W. Christel
　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER TO SHOW CAUSE - 1